# Exhibit 2

## EXHIBIT 2

## U.S. Patent No. 10,524,078 v. Google

Accused Instrumentalities: Google's products that enhance a stereo input audio signal for output through a left speaker and a right speaker by generating a spatially enhanced signal and by determining and correcting asymmetries between the left and right speakers in frequency response, time alignment, and signal level for a listening position, whether through built-in stereo-speaker spatial audio processing or, via the 'Spatial Audio' feature, through connected Pixel Buds, including without limitation Pixel 10 Pro, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] 1. A system for enhancing an input audio signal for a left speaker and a right speaker, comprising: | To the extent the preamble is limiting, each Accused Instrumentality is or comprises a system for enhancing an input audio signal for a left speaker and a right speaker.<br><br>For example, the Google Pixel 10 Pro includes a left speaker and a right speaker and performs spatial audio processing on a stereo input audio signal played through those built-in speakers. As shown below, the Pixel 10 Pro includes a top/earpiece speaker and a bottom speaker; in landscape orientation (devices rotated counter-clockwise), they form the left speaker and the right speaker respectively.<br><br>For another example, when the Pixel 10 Pro renders audio for a connected pair of earbuds (for example, the Pixel Buds Pro 2) with Google's "Spatial Audio" feature enabled, the device enhances the input audio for the left and right speaker of the earbuds.<br><br>*See, e.g.*: |

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://store.google.com/product/pixel_10_pro?hl=en-US (photograph of exemplary Pixel 10 Pro) |

# EXHIBIT 2

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (photograph of Pixel 10 Pro loudspeaker (bottom/right speaker)) |

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Front+Camera+Replacement/199639 (photograph of Pixel 10 Pro earpiece speaker (top/left speaker)) |
| [1.1] a spatial enhancement processor configured to generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal; and | Each Accused Instrumentality comprises a spatial enhancement processor configured to generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal. For example, the Pixel 10 Pro playing through its built-in speakers performs crosstalk cancellation processing using a cross-channel delay of approximately 6 samples when playing at a sample rate of 44.1 kHz. This crosstalk processing introduces peaks and troughs in the frequency response of the audio system, including specifically in the mid (nonspatial) and side (spatial) components of the output signal. The Pixel 10 Pro compensates for those peaks and troughs by gain adjusting both the spatial and nonspatial components of the input audio signal with a spatial enhancement processor. For another example, the Pixel 10 Pro using "Spatial Audio" with the Pixel Buds Pro 2 performs crosstalk simulation processing. Specifically, a portion of the left input signal is filtered and played |

Page 4 of 9

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | with a delay through the right speaker, and a portion of the right input signal is filtered and played with a delay through the left speaker. This crosstalk processing introduces peaks and troughs in the frequency response of the audio system, including specifically in the mid (nonspatial) and side (spatial) components of the output signal, and the Pixel 10 Pro compensates for those peaks and troughs by gain adjusting both the spatial and nonspatial components of the input audio signal with a spatial enhancement processor. |
| [1.2] a b-chain processor, configured to: determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position; and | Each Accused Instrumentality comprises a b-chain processor configured to determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position.<br><br>For example, the Pixel 10 Pro has asymmetric stereo speakers. In a typical landscape orientation (rotated counter-clockwise from portrait), the left (top) speaker is oriented toward the user and is relatively on-axis to the expected listening position, while the right (bottom) speaker is oriented away from the listening position. The right (bottom) speaker therefore exhibits an off-axis frequency response, an increased acoustic path length (a time-alignment difference), and a reduced power output (a signal-level difference) relative to the relatively on-axis response of the left (top) speaker at the listening position.<br><br>For another example, when the Pixel 10 Pro uses 'Spatial Audio' with the Pixel Buds Pro 2, the device likewise determines the asymmetries between the left and right speaker positions for the listener's head position and orientation.<br><br>The Pixel 10 Pro determines these frequency-response, time-alignment, and signal-level asymmetries for the listening position in order to apply the corresponding corrections described in limitations [1.3]-[1.5].<br><br>*See* evidence and explanation for [1.0] above. |
| [1.3] generate a left output channel for the left speaker and a right output channel for the right speaker by: applying an N-band equalization to the spatially enhanced signal to | The b-chain processor of each Accused Instrumentality generates a left output channel for the left speaker and a right output channel for the right speaker by, among other things, applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response.<br><br>For example, the Pixel 10 Pro applies N-band equalizations to the left and right channels, reflecting the asymmetric properties and alignment of the left and right speakers, for example addressing |

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
| adjust for the asymmetry in the frequency response; | different resonant frequencies in each driver via N-band equalization between approximately 2 kHz and 7 kHz, thereby adjusting for the frequency-response asymmetry determined in limitation [1.2].<br><br>As another example, the Pixel 10 Pro supports "Spatial Audio," including with the Pixel Buds Pro 2. The Pixel 10 Pro applies N-band equalizations to the left and right channels, reflecting the asymmetric properties and alignment of the left and right speakers, for example based on the listening position, including when the user's head is turned to one side or another, thereby adjusting for the frequency-response asymmetry determined in limitation [1.2].<br><br>*See* evidence and discussion of limitation [1.2]. |
| [1.4] applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment; and | The b-chain processor of each Accused Instrumentality further generates the left and right output channels by applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment.<br><br>For example, the Pixel 10 Pro applies a short delay to the left (top) channel to correct for the slightly longer path length from the right (bottom) speaker to the expected listening position, thereby adjusting for the time-alignment asymmetry determined in limitation [1.2].<br><br>As another example, when the Pixel 10 Pro uses "Spatial Audio" with the Pixel Buds Pro 2, the device applies a short delay to one earbud to adjust for the asymmetry in various listening orientations, including when the user's head is turned to one side or another, thereby adjusting for the time-alignment asymmetry determined in limitation [1.2].<br><br>*See* evidence and discussion of limitation [1.2]. |
| [1.5] applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. | The b-chain processor of each Accused Instrumentality further generates the left and right output channels by applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level.<br><br>For example, the Pixel 10 Pro applies gain to the left and right channels, resulting in substantially equal overall perceived volume at the intended listening position, thereby adjusting for the signal-level asymmetry determined in limitation [1.2].<br><br>As another example, when the Pixel 10 Pro uses "Spatial Audio" with the Pixel Buds Pro 2, the device applies a gain to the input audio signal to adjust for the asymmetry in various listening |

# EXHIBIT 2

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | orientations, including when the user's head is turned to one side or another, thereby adjusting for the signal-level asymmetry determined in limitation [1.2].<br><br>*See* evidence and discussion of limitation [1.2]. |

**Claim 10**

| Claim 10 | Accused Instrumentalities |
| --- | --- |
| [10.0] 10. A non-transitory computer readable medium storing instructions that, when executed by a processor, configure the processor to: | To the extent the preamble is limiting, each Accused Instrumentality comprises or includes a non-transitory computer readable medium storing instructions that, when executed by a processor, configure the processor to perform the recited operations.<br><br>*See* evidence and discussion of limitation [1.0]. |
| [10.1] generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of an input audio signal including a left input channel for a left speaker and a right input channel for a right speaker; | The stored instructions configure the processor of each Accused Instrumentality to generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of an input audio signal including a left input channel for a left speaker and a right input channel for a right speaker.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [10.2] determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position; and | The stored instructions configure the processor to determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position.<br><br>*See* evidence and discussion of limitation [1.2]. |
| [10.3] generate a left output channel for the left speaker and a right output channel for the right speaker by: applying an N-band equalization to the | The stored instructions configure the processor to generate a left output channel for the left speaker and a right output channel for the right speaker by applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response.<br><br>*See* evidence and discussion of limitation [1.3]. |

**EXHIBIT 2**

| Claim 10 | Accused Instrumentalities |
|---|---|
| spatially enhanced signal to adjust for the asymmetry in the frequency response; | |
| [10.4] applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment; and | The stored instructions further configure the processor to apply a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment.<br><br>*See* evidence and discussion of limitation [1.4]. |
| [10.5] applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. | The stored instructions further configure the processor to apply a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level.<br><br>*See* evidence and discussion of limitation [1.5]. |

**Claim 19**

| Claim 19 | Accused Instrumentalities |
|---|---|
| [19.0] 19. A method for enhancing an input audio signal for a left speaker and a right speaker, comprising: | To the extent the preamble is limiting, each Accused Instrumentality performs, and/or Google performs through each Accused Instrumentality, a method for enhancing an input audio signal for a left speaker and a right speaker, coextensive with the system of claim 1.<br><br>*See* evidence and discussion of limitation [1.0]. |
| [19.1] generating a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal including a left input channel for the left speaker and a right input channel for the right speaker; | Each Accused Instrumentality performs a step of generating a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal including a left input channel for the left speaker and a right input channel for the right speaker.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [19.2] determining asymmetries between the left speaker and the right speaker | Each Accused Instrumentality performs a step of determining asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position. |

**EXHIBIT 2**

| Claim 19 | Accused Instrumentalities |
|---|---|
| in frequency response, time alignment, and signal level for a listening position; and | *See* evidence and discussion of limitation [1.2]. |
| [19.3] generating a left output channel for the left speaker and a right output channel for the right speaker by: applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response; | Each Accused Instrumentality performs a step of generating a left output channel for the left speaker and a right output channel for the right speaker by applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response.<br><br>*See* evidence and discussion of limitation [1.3]. |
| [19.4] applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment; and | Each Accused Instrumentality performs a step of applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment.<br><br>*See* evidence and discussion of limitation [1.4]. |
| [19.5] applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. | Each Accused Instrumentality performs a step of applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level.<br><br>*See* evidence and discussion of limitation [1.5]. |