# Exhibit 4

**EXHIBIT 4**

**U.S. Patent No. 11,051,121 v. Google**

Accused Instrumentalities: Google's products and services that perform spatial audio processing on a stereo audio signal, including crosstalk processing and the generation of a mid compensation channel that compensates for spectral defects caused by the crosstalk processing, including without limitation Pixel 10 Pro, alone or in combination with Google audio accessories including the Pixel Buds Pro 2, Pixel Buds Pro, and Pixel Buds 2a, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] A method for enhancing an audio signal having a left channel and a right channel, comprising, by a circuitry: | To the extent the preamble is limiting, each Accused Instrumentality performs, by a circuitry, a method for enhancing an audio signal having a left channel and a right channel.<br><br>For example, the Google Pixel 10 Pro performs spatial audio processing for stereo audio played through the device's built-in speakers. The spatial audio processing is enabled by default. When the processing is enabled, the device enhances the left and right channels of the audio signal by performing crosstalk processing with spectral compensation, as described below. As shown below, the Pixel 10 Pro includes speakers at opposite ends of the device that serve as the left speaker and the right speaker in landscape orientation, and between which acoustic crosstalk occurs.<br><br>For another example, when the Pixel 10 Pro renders stereo audio for a connected pair of earbuds (for example, the Pixel Buds Pro 2) with Google's "Spatial Audio" feature enabled, the device likewise enhances the left and right channels of the audio signal by performing crosstalk processing with spectral compensation for the left and right earbuds.<br><br>*See, e.g.*: |

# EXHIBIT 4

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://store.google.com/product/pixel_10_pro?hl=en-US (photograph of exemplary Pixel 10 Pro, which includes built-in speakers at opposite ends of the device that reproduce the left and right channels of the audio signal and between which acoustic crosstalk occurs) |

# EXHIBIT 4

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (photograph of Pixel 10 Pro loudspeaker (bottom/right speaker)) |

**EXHIBIT 4**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Front+Camera+Replacement/199639 (annotated photograph of Pixel 10 Pro earpiece speaker (top/left speaker)) |
| [1.1] applying a crosstalk processing to the audio signal; | Each Accused Instrumentality performs a step of applying a crosstalk processing to the audio signal. For example, in the Pixel 10 Pro playing through its built-in speakers, the device performs crosstalk cancellation on the left and right channels of the audio signal, including a cross-channel delay of approximately 6 samples when playing at a sample rate of 44.1 kHz. The crosstalk processing filters, inverts, and time-delays a portion of each channel and reproduces it through the opposite speaker in |

**EXHIBIT 4**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | order to cancel the acoustic crosstalk between the device's built-in left and right speakers at the listening position.<br><br>For another example, when the Pixel 10 Pro uses "Spatial Audio" with the Pixel Buds Pro 2, the device applies a crosstalk simulation to the audio signal: a portion of the left channel is filtered and played with a delay through the right earbud, and a portion of the right channel is filtered and played with a delay through the left earbud. |
| [1.2] generating a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal; | Each Accused Instrumentality performs a step of generating a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal.<br><br>For example, the Pixel 10 Pro processes the left and right channels into a mid (nonspatial) component and a side (spatial) component, where the mid component comprises the sum of the left and right channels (i.e., the portion of the audio common to both channels) and the side component comprises the difference between the left and right channels. The Pixel 10 Pro generates the same mid (nonspatial) component whether performing crosstalk processing for its built-in speakers or performing "Spatial Audio" processing for connected earbuds such as the Pixel Buds Pro 2.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [1.3] generating a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing; and | Each Accused Instrumentality performs a step of generating a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing.<br><br>For example, the crosstalk processing performed by the Pixel 10 Pro introduces spectral defects — peaks and troughs in the frequency response of the audio system — including in the mid (nonspatial) component of the output signal. To compensate, the device applies one or more filters to the mid component that correct those peaks and troughs caused by the crosstalk processing, thereby generating a mid compensation channel.<br><br>For another example, when the Pixel 10 Pro uses "Spatial Audio" with the Pixel Buds Pro 2, the crosstalk simulation likewise introduces peaks and troughs in the frequency response, including in the mid (nonspatial) component, and the device applies one or more filters to the mid component to compensate for those spectral defects, thereby generating a mid compensation channel. |

# EXHIBIT 4

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | *See* evidence and discussion of limitation [1.1]. |
| [1.4] generating a left output channel and a right output channel using the mid compensation channel. | Each Accused Instrumentality performs a step of generating a left output channel and a right output channel using the mid compensation channel. <br><br> For example, in the Pixel 10 Pro, the compensated mid component is recombined with the side component to form the left and right output channels — the left output channel being derived by adding the nonspatial (mid) component to the spatial (side) component, and the right output channel being derived by subtracting the spatial (side) component from the nonspatial (mid) component — which are then reproduced through the device's left and right speakers or, for the "Spatial Audio" feature, through the left and right earbuds. <br><br> *See* evidence and discussion of limitation [1.1]. |

**Claim 11**

| Claim 11 | Accused Instrumentalities |
|---|---|
| [11.0] A system for enhancing an audio signal having a left channel and a right channel, comprising: a circuitry configured to: | To the extent the preamble is limiting, each Accused Instrumentality is or comprises a system for enhancing an audio signal having a left channel and a right channel, comprising a circuitry configured as recited. <br><br> *See* evidence and discussion of claim 1. |
| [11.1] apply a crosstalk processing to the audio signal; | In each Accused Instrumentality, the circuitry is configured to apply a crosstalk processing to the audio signal. <br><br> *See* evidence and discussion of limitation [1.1]. |
| [11.2] generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal; | In each Accused Instrumentality, the circuitry is configured to generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal. <br><br> *See* evidence and discussion of limitation [1.2]. |

**EXHIBIT 4**

| Claim 11 | Accused Instrumentalities |
|---|---|
| [11.3] generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing; and | In each Accused Instrumentality, the circuitry is configured to generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing.<br><br>*See* evidence and discussion of limitation [1.3]. |
| [11.4] generate a left output channel and a right output channel using the mid compensation channel. | In each Accused Instrumentality, the circuitry is configured to generate a left output channel and a right output channel using the mid compensation channel.<br><br>*See* evidence and discussion of limitation [1.4]. |

**Claim 21**

| Claim 21 | Accused Instrumentalities |
|---|---|
| [21.0] A non-transitory computer readable medium comprising stored program code that when executed by a processor causes the processor to: | Each Accused Instrumentality comprises a non-transitory computer readable medium (e.g., the device's storage/memory) storing program code that, when executed by a processor, causes the processor to perform the recited operations.<br><br>*See* evidence and discussion of claim 1, including limitation [1.0]. |
| [21.1] apply a crosstalk processing to an audio signal including a left channel and a right channel; | In each Accused Instrumentality, the stored program code, when executed, causes the processor to apply a crosstalk processing to an audio signal including a left channel and a right channel.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [21.2] generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal; | In each Accused Instrumentality, the stored program code causes the processor to generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal.<br><br>*See* evidence and discussion of limitation [1.2]. |

**EXHIBIT 4**

| Claim 21 | Accused Instrumentalities |
|---|---|
| [21.3] generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing; and | In each Accused Instrumentality, the stored program code causes the processor to generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing. <br><br> *See* evidence and discussion of limitation [1.3]. |
| [21.4] generate a left output channel and a right output channel using the mid compensation channel. | In each Accused Instrumentality, the stored program code causes the processor to generate a left output channel and a right output channel using the mid compensation channel. <br><br> *See* evidence and discussion of limitation [1.4]. |