# Exhibit 6

# EXHIBIT 6

## U.S. Patent No. 11,533,560 vs. Google

Accused Instrumentalities: Google's products that enhance a stereo input audio signal for output through a left speaker and a right speaker by generating a spatially enhanced signal and by determining and correcting asymmetries between the left and right speakers in frequency response, time alignment, and signal level for a listening position, whether through built-in stereo-speaker spatial audio processing or, via the 'Spatial Audio' feature, through connected Pixel Buds, including without limitation Pixel 10 Pro, and all versions and variations thereof since the issuance of the asserted patent.

### Claim 1

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] 1. A method for enhancing an audio signal, comprising, by a circuitry of a device: | To the extent the preamble is limiting, each Accused Instrumentality performs, and/or Google performs through each Accused Instrumentality, a method for enhancing an audio signal, by a circuitry of a device.<br><br>For example, each Accused Instrumentality — for example, the Google Pixel 10 Pro — by its circuitry (including its Google Tensor system-on-chip and digital signal processor running Google's Android operating system), enhances a stereo audio signal before it is rendered, applying Google's spatial-audio processing on the built-in stereo speakers and, via the "Spatial Audio" feature, on connected Pixel Buds. Google states that the "Pixel Buds Pro 2 has spatial audio with head tracking," which "recreates movie theater surround sound." |

# EXHIBIT 6

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  *Google Pixel 10 Pro (store.google.com)* *Pixel 10 Pro earpiece (top/left) speaker region (iFixit teardown)* |

**EXHIBIT 6**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>*Pixel 10 Pro bottom (right) loudspeaker (iFixit teardown)*<br>See, e.g.:<br>https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("Pixel Buds Pro 2 has spatial audio with head tracking"; "when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound")<br>https://source.android.com/docs/core/audio/terminology (AudioFlinger mixer is the "[m]odule ... responsible for combining multiple tracks and applying attenuation (volume) and effects" — the device circuitry that enhances the audio signal)<br>https://store.google.com/product/pixel_10_pro?hl=en-US (Google Pixel 10 Pro product page) |
| [1.1] transmitting a request to an operating system of the device for rendering system information of an audio rendering system associated with the device, the operating system operating the device and the audio rendering system; | Each Accused Instrumentality performs a step of transmitting a request to an operating system of the device for rendering system information of an audio rendering system associated with the device, the operating system operating the device and the audio rendering system.<br><br>For example, Google's Android platform provides APIs by which the audio-enhancement pipeline requests — and the operating system returns — information about the audio rendering system associated with the device. For example, such requests in Google's Android platform may begin with calls (by, for example, an application which expecting to play audio, such as Spotify or other media playback application) for AudioManager.getDevices(GET_DEVICES_OUTPUTS), which "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system," scoped by the GET_DEVICES_OUTPUTS flag to "sink (i.e. output) audio devices," and it |

Page 3 of 30

# EXHIBIT 6

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | registers an AudioDeviceCallback that receives "notifications of changes to the set of connected audio devices." |
|  | Google's Android operating system operates both the Pixel device (which Google designs and sells) and its audio rendering system (i.e., the built-in speakers and any connected Pixel Buds) together as an integrated system. |
|  | See, e.g.:<br>https://developer.android.com/reference/android/media/AudioManager (getDevices(int flags) "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system"; GET_DEVICES_OUTPUTS "include sink (i.e. output) audio devices"; registerAudioDeviceCallback "receive notifications of changes to the set of connected audio devices")<br>https://developer.android.com/reference/android/media/AudioDeviceCallback ("AudioDeviceCallback defines the mechanism by which applications can receive notifications of audio device connection and disconnection events" — the OS reports the current output routing)<br>https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (Pixel Buds Pro 2 — the connected rendering system operated together with the Pixel by Google's Android) |
| [1.2] receiving, from the operating system of the device, the rendering system information, wherein the rendering system information comprises data representative of a communication path of the audio signal, wherein the data representative of the communication path of the audio signal includes metadata indicative of an audio consumption software | Each Accused Instrumentality performs a step of receiving, from the operating system of the device, the rendering system information, wherein the rendering system information comprises data representative of a communication path of the audio signal, and wherein the data representative of the communication path of the audio signal includes metadata indicative of an audio consumption software application associated with the audio signal.<br><br>For example, the rendering system information Google's Android returns for the communication path resolves to the active output device: where audio is routed to the Pixel's built-in speakers the AudioDeviceInfo type is TYPE_BUILTIN_SPEAKER, and where audio is routed to connected Pixel Buds it is a Bluetooth output type (TYPE_BLUETOOTH_A2DP or TYPE_BLE_HEADSET) — i.e., data representative of the communication path of the audio signal.<br><br>For another example, that rendering system information further includes metadata indicative of the audio-consumption software application associated with the audio signal. In Google's Android, each audio-consuming application declares, via an AudioAttributes object, a "usage" describing why it is |

**EXHIBIT 6**

| Claim 1 | Accused Instrumentalities |
|---|---|
| application associated with the audio signal; | playing audio — for example USAGE_MEDIA ("media, such as music, or movie soundtracks"), USAGE_GAME ("game audio"), or USAGE_VOICE_COMMUNICATION ("voice communications, such as telephony or VoIP") — and a "content type" describing what is playing (for example CONTENT_TYPE_MUSIC, CONTENT_TYPE_MOVIE, or CONTENT_TYPE_SPEECH). Google's Android describes these AudioAttributes as "supersed[ing] the notion of stream types ... for defining the behavior of audio playback," states that "[u]sage information ... allows platforms or routing policies to refine volume or routing decisions," and states that "[t]he audio framework uses content type information to selectively configure audio post-processing blocks." This use-case metadata is bound to the active playback and its route: AudioManager.getActivePlaybackConfigurations() returns, for each active player, an AudioPlaybackConfiguration that "collects the information describing an audio playback session" and exposes that player's AudioAttributes via getAudioAttributes(), and Android's audio-policy engine maps that usage to the output device/route. <br><br> For another example, Google's own Pixel "Spatial Audio" enhancement is applied according to what the audio-consumption application is playing. Google states that the "Pixel Buds Pro 2 has spatial audio with head tracking," and that "when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound" — i.e., the enhancement is selected for movie/video content. Consistent with this, Google's Android spatializer may decide whether to spatialize an application's audio based on that application's declared AudioAttributes: Spatializer.canBeSpatialized(AudioAttributes, AudioFormat) evaluates the content's attributes, and "[a]udio is eligible for spatialization if the usage is set to either USAGE_MEDIA or USAGE_GAME." <br><br> See, e.g.: <br> https://developer.android.com/reference/android/media/AudioDeviceInfo <br> (AudioDeviceInfo.getType() — TYPE_BUILTIN_SPEAKER ("the speaker system ... built in a device"), TYPE_BLUETOOTH_A2DP ("a Bluetooth device supporting the A2DP profile"), TYPE_BLE_HEADSET — data representative of the communication path) <br> https://developer.android.com/reference/android/media/AudioAttributes (AudioAttributes "supersede the notion of stream types ... for defining the behavior of audio playback"; |

# EXHIBIT 6

| Claim 1 | Accused Instrumentalities |
|---|---|
| | USAGE_MEDIA/USAGE_GAME/USAGE_VOICE_COMMUNICATION and CONTENT_TYPE_MUSIC/MOVIE/SPEECH — app-declared use-case metadata) https://source.android.com/docs/core/audio/attributes ("Usage specifies the context in which the stream is used, providing information about why the sound is playing"; "The audio framework uses content type information to selectively configure audio post-processing blocks") https://developer.android.com/reference/android/media/AudioPlaybackConfiguration (AudioPlaybackConfiguration "collects the information describing an audio playback session"; getAudioAttributes() returns "the audio attributes of the player") https://developer.android.com/reference/android/media/AudioManager (getActivePlaybackConfigurations() — enumerates every active player's configuration (each carrying its AudioAttributes)) https://developer.android.com/media/grow/spatial-audio ("Audio is eligible for spatialization if the usage is set to either USAGE_MEDIA or USAGE_GAME" — the app's declared usage selects the rendering/processing) https://developer.android.com/reference/android/media/Spatializer (Spatializer.canBeSpatialized(AudioAttributes, AudioFormat) — the system decides spatialization from the application's declared AudioAttributes) https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound" — enhancement selected for movie/video content) https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US ("Pixel Buds Pro 2 has spatial audio with head tracking") |
| [1.3] querying a database using the data representative of the communication path of the audio signal; | Each Accused Instrumentality performs a step of querying a database using the data representative of the communication path of the audio signal. For example, having obtained the output route/device data, Google's Android selects the audio enhancement by looking it up against that communication-path data in an on-device configuration store. Android's audio_effects.xml configuration file holds associations that attach an effect to a selected output device: "Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback," expressed as a <deviceEffects><devicePort type="..."><apply effect="..."/></devicePort> mapping; its <postprocess> section maps output effects to the output stream "type"/use case (valid types "music," "ring," "alarm," "notification," "voice_call"). Android's |

**EXHIBIT 6**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | audio_policy_configuration.xml declares the output device ports and the routes that bind streams to output devices, so the framework resolves the active output route used to select processing. |
| | For another example, Google's route-conditioned behavior reflects this lookup: the "Spatial Audio" spatialization is applied for the connected Pixel Buds route, and Google's Android built-in spatializer is engaged only when the output routing supports it — Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing." |
| | See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects ("Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback"; <deviceEffects><devicePort type=...><apply effect=.../></devicePort>)<br>https://android.googlesource.com/platform/frameworks/av/+/master/media/libeffects/data/audio_effects.xml (audio_effects.xml <postprocess> maps output effect settings to the output stream "type"/use case: "music," "ring," "alarm," "notification," "voice_call")<br>https://source.android.com/docs/core/audio/implement-policy (audio_policy_configuration.xml declares output devicePorts and routes binding streams to output devices — the framework resolves the active output route)<br>https://developer.android.com/media/grow/spatial-audio (Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing" — route-conditioned selection) |
| [1.4] receiving, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal; | Each Accused Instrumentality performs a step of receiving, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal. |
| | For example, responsive to that lookup, the pipeline receives the audio enhancement mapped, in the configuration store, to the communication-path data — and the enhancement returned differs by output route. For connected Pixel Buds the mapped enhancement may be Google's "Spatial Audio" spatialization ("spatial audio with head tracking" that creates a "theater-like surround sound experience"), whereas for the built-in stereo speakers the mapped enhancement is Google's stereo-speaker spatial processing (crosstalk cancellation with spectral compensation and left/right-speaker |

**EXHIBIT 6**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | asymmetry correction). This route-keyed selection is implemented by the audio_effects.xml <deviceEffects> mapping that associates the effect with the selected output device.<br><br>See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects (the audio_effects.xml <deviceEffects><devicePort type=...><apply effect=.../> block — the specific effect (enhancement) mapped to the selected output device)<br>https://store.google.com/us/magazine/how-to-wear-pixel-buds?hl=en-US (Pixel Buds "theater-like surround sound experience thanks to spatial audio with head tracking" — the enhancement mapped to the Pixel Buds route)<br>https://store.google.com/us/magazine/pixel_buds_compare?hl=en-US (Pixel Buds comparison — "Spatial audio with head tracking" per model/route)<br>https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL") |
| [1.5] applying the audio enhancement to the audio signal to generate an enhanced audio signal; and | Each Accused Instrumentality performs a step of applying the audio enhancement to the audio signal to generate an enhanced audio signal.<br><br>For example, Google's Android then applies the mapped enhancement to the audio signal in real time to generate the enhanced signal. For "Spatial Audio" content, Google's Android built-in spatializer processes the mix and "renders a stereo stream to the Audio HAL," delivering "spatial audio with head tracking."<br><br>For another example, the digital signal processor of each Accused Instrumentality applies Google's spatial-audio enhancement to the signal. For stereo audio played through the Pixel 10 Pro's built-in speakers, it generates a spatially enhanced signal by gain-adjusting the spatial (side) and nonspatial (mid) components of the input; applies crosstalk cancellation — a cross-channel delay of approximately 6 samples at a 44.1 kHz sample rate that filters, inverts, and time-delays a portion of each channel and reproduces it through the opposite speaker to cancel the acoustic crosstalk between the device's built-in left and right speakers at the listening position; and generates a mid compensation channel by applying filters to the mid component (the sum of the left and right channels) that compensate for the spectral defects the crosstalk processing introduces, recombining the compensated mid component with the side component to form the left and right output channels. Because the Pixel 10 Pro's stereo speakers are asymmetric (in landscape orientation the top/earpiece |

Page 8 of 30

**EXHIBIT 6**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | speaker is relatively on-axis to the listener while the bottom speaker is off-axis), the device further adjusts for that asymmetry by applying an N-band equalization for the frequency-response asymmetry, a delay for the time-alignment asymmetry, and a gain for the signal-level asymmetry.<br><br>For another example, when the Pixel 10 Pro renders audio for connected Pixel Buds (for example, the Pixel Buds Pro 2) via the "Spatial Audio" feature, the device applies a crosstalk simulation to the audio signal — a portion of the left channel is filtered and played with a delay through the right earbud, and a portion of the right channel is filtered and played with a delay through the left earbud — with spectral compensation, together with the head-tracked spatialization that "recreates movie theater surround sound."<br><br>See, e.g.:<br>https://source.android.com/docs/core/audio/terminology (AudioFlinger mixer "combining multiple tracks and applying attenuation (volume) and effects" — applying the enhancement)<br>https://developer.android.com/reference/android/media/audiofx/AudioEffect (android.media.audiofx.AudioEffect — enabling the effect makes "the effect is actually applied ... to the audio content being played in the corresponding audio session")<br>https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL" — applying the spatial enhancement)<br>https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("spatial audio with head tracking recreates movie theater surround sound" — the enhancement applied)<br>https://store.google.com/product/pixel_10_pro?hl=en-US (Pixel 10 Pro — asymmetric built-in stereo speakers (top/earpiece and bottom))<br>https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (Pixel 10 Pro teardown — the bottom (right) loudspeaker). |
| [1.6] providing the enhanced audio signal to the audio rendering system. | Each Accused Instrumentality performs a step of providing the enhanced audio signal to the audio rendering system.<br><br>For example, the device then provides the enhanced signal to the audio rendering system for output. AudioFlinger uses the Core HAL, which is "the main API used by AudioFlinger to play audio and control the audio routing," and Android's Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware" — i.e., the enhanced signal is |

# EXHIBIT 6

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | delivered to the Pixel's built-in speakers or, over Bluetooth, to the connected Pixel Buds for playback.<br><br>See, e.g.:<br>https://source.android.com/docs/core/audio/implement (Core HAL is "the main API used by AudioFlinger to play audio and control the audio routing"; the Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware")<br>https://source.android.com/docs/core/audio/spatial (the spatializer "renders a stereo stream to the Audio HAL" for output to the rendering device)<br>https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (the enhanced signal is delivered over Bluetooth to the connected Pixel Buds for playback) |

**Claim 10**

| Claim 10 | Accused Instrumentalities |
|---|---|
| [10.0] 10. A device, comprising: | To the extent the preamble is limiting, each Accused Instrumentality is or comprises a device.<br><br>This element is not separately disputed; the evidentiary support is addressed in connection with the specific limitations below. |
| [10.1] an audio rendering system; and | Each Accused Instrumentality comprises an audio rendering system.<br><br>For example, the audio rendering system of each Accused Instrumentality comprises the Google Pixel 10 Pro's built-in stereo speakers and/or, via the "Spatial Audio" feature, connected Pixel Buds (for example, the Pixel Buds Pro 2). The Pixel 10 Pro includes a top/earpiece speaker and a bottom speaker that operate as the left and right speakers in landscape orientation; when Pixel Buds are connected, they serve as the left and right rendering endpoints for the "Spatial Audio" spatial enhancement.<br>See, e.g.:<br>https://store.google.com/product/pixel_10_pro?hl=en-US (Google Pixel 10 Pro — built-in stereo speakers (top/earpiece and bottom))<br>https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Front+Camera+Replacement/199639 (Pixel 10 Pro teardown — earpiece (top/left) speaker) |

**EXHIBIT 6**

| Claim 10 | Accused Instrumentalities |
|---|---|
| | https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (Pixel 10 Pro teardown — loudspeaker (bottom/right)) https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (Pixel Buds Pro 2 — the connected earbud rendering endpoints for "Spatial Audio") |
| [10.2] circuitry configured to: transmit a request to an operating system of the device for rendering system information of an audio rendering system associated with the device, the operating system operating the device and the audio rendering system; | Each Accused Instrumentality comprises circuitry configured to transmit a request to an operating system of the device for rendering system information of an audio rendering system associated with the device, the operating system operating the device and the audio rendering system. For example, Google's Android platform provides APIs by which the audio-enhancement pipeline requests — and the operating system returns — information about the audio rendering system associated with the device. The pipeline calls AudioManager.getDevices(GET_DEVICES_OUTPUTS), which "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system," scoped by the GET_DEVICES_OUTPUTS flag to "sink (i.e. output) audio devices," and it registers an AudioDeviceCallback that receives "notifications of changes to the set of connected audio devices." For another example, the operating system — Google's Android, which Google itself develops — operates both the Pixel device and its audio rendering system (the built-in speakers and any connected Pixel Buds) together as an integrated system. See, e.g.: https://developer.android.com/reference/android/media/AudioManager (getDevices(int flags) "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system"; GET_DEVICES_OUTPUTS "include sink (i.e. output) audio devices"; registerAudioDeviceCallback "receive notifications of changes to the set of connected audio devices") https://developer.android.com/reference/android/media/AudioDeviceCallback ("AudioDeviceCallback defines the mechanism by which applications can receive notifications of audio device connection and disconnection events" — the OS reports the current output routing) https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (Pixel Buds Pro 2 — the connected rendering system operated together with the Pixel by Google's Android) |
| [10.3] receive, from the operating system of the device, the rendering system | The circuitry of each Accused Instrumentality is further configured to receive, from the operating system of the device, the rendering system information, wherein the rendering system information comprises data representative of a communication path of the audio signal, and wherein the data |

**EXHIBIT 6**

| Claim 10 | Accused Instrumentalities |
|---|---|
| information, wherein the rendering system information comprises data representative of a communication path of the audio signal, wherein the data representative of the communication path of the audio signal includes metadata indicative of an audio consumption software application associated with the audio signal; | representative of the communication path of the audio signal includes metadata indicative of an audio consumption software application associated with the audio signal.<br><br>For example, the rendering system information Google's Android returns for the communication path resolves to the active output device: where audio is routed to the Pixel's built-in speakers the AudioDeviceInfo type is TYPE_BUILTIN_SPEAKER, and where audio is routed to connected Pixel Buds it is a Bluetooth output type (TYPE_BLUETOOTH_A2DP or TYPE_BLE_HEADSET) — i.e., data representative of the communication path of the audio signal.<br>For another example, and as required by this limitation, that rendering system information further includes metadata indicative of the audio-consumption software application associated with the audio signal. In Google's Android, each audio-consuming application declares, via an AudioAttributes object, a "usage" describing why it is playing audio — for example USAGE_MEDIA ("media, such as music, or movie soundtracks"), USAGE_GAME ("game audio"), or USAGE_VOICE_COMMUNICATION ("voice communications, such as telephony or VoIP") — and a "content type" describing what is playing (for example CONTENT_TYPE_MUSIC, CONTENT_TYPE_MOVIE, or CONTENT_TYPE_SPEECH). Google's Android describes these AudioAttributes as "supersed[ing] the notion of stream types ... for defining the behavior of audio playback," states that "[u]sage information ... allows platforms or routing policies to refine volume or routing decisions," and states that "[t]he audio framework uses content type information to selectively configure audio post-processing blocks." This use-case metadata is bound to the active playback and its route: AudioManager.getActivePlaybackConfigurations() returns, for each active player, an AudioPlaybackConfiguration that "collects the information describing an audio playback session" and exposes that player's AudioAttributes via getAudioAttributes(), and Android's audio-policy engine maps that usage to the output device/route.<br>For another example, Google's own Pixel "Spatial Audio" enhancement is applied according to what the audio-consumption application is playing. Google states that the "Pixel Buds Pro 2 has spatial audio with head tracking," and that "when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound" — i.e., the enhancement is selected for movie/video content. Consistent with this, Google's Android spatializer decides whether to spatialize an application's audio based on that application's declared AudioAttributes: Spatializer.canBeSpatialized(AudioAttributes, AudioFormat) evaluates the content's attributes, and "[a]udio is eligible for spatialization if the usage is set to either USAGE_MEDIA or USAGE_GAME." |

# EXHIBIT 6

| Claim 10 | Accused Instrumentalities |
|---|---|
|  | See, e.g.:<br>https://developer.android.com/reference/android/media/AudioDeviceInfo<br>(AudioDeviceInfo.getType() — TYPE_BUILTIN_SPEAKER ("the speaker system ... built in a device"), TYPE_BLUETOOTH_A2DP ("a Bluetooth device supporting the A2DP profile"), TYPE_BLE_HEADSET — data representative of the communication path)<br>https://developer.android.com/reference/android/media/AudioAttributes (AudioAttributes "supersede the notion of stream types ... for defining the behavior of audio playback"; USAGE_MEDIA/USAGE_GAME/USAGE_VOICE_COMMUNICATION and CONTENT_TYPE_MUSIC/MOVIE/SPEECH — app-declared use-case metadata)<br>https://source.android.com/docs/core/audio/attributes ("Usage specifies the context in which the stream is used, providing information about why the sound is playing"; "The audio framework uses content type information to selectively configure audio post-processing blocks")<br>https://developer.android.com/reference/android/media/AudioPlaybackConfiguration (AudioPlaybackConfiguration "collects the information describing an audio playback session"; getAudioAttributes() returns "the audio attributes of the player")<br>https://developer.android.com/reference/android/media/AudioManager (getActivePlaybackConfigurations() — enumerates every active player's configuration (each carrying its AudioAttributes))<br>https://developer.android.com/media/grow/spatial-audio ("Audio is eligible for spatialization if the usage is set to either USAGE_MEDIA or USAGE_GAME" — the app's declared usage selects the rendering/processing)<br>https://developer.android.com/reference/android/media/Spatializer (Spatializer.canBeSpatialized(AudioAttributes, AudioFormat) — the system decides spatialization from the application's declared AudioAttributes)<br>https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound" — enhancement selected for movie/video content)<br>https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US ("Pixel Buds Pro 2 has spatial audio with head tracking") |
| [10.4] query a database using the data representative of the | The circuitry of each Accused Instrumentality is further configured to query a database using the data representative of the communication path of the audio signal. |

# EXHIBIT 6

| Claim 10 | Accused Instrumentalities |
|---|---|
| communication path of the audio signal; | For example, having obtained the output route/device data, Google's Android selects the audio enhancement by looking it up against that communication-path data in an on-device configuration store. Android's audio_effects.xml configuration file holds associations that attach an effect to a selected output device: "Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback," expressed as a <deviceEffects><devicePort type="...">>apply effect="..."/></devicePort> mapping; its <postprocess> section maps output effects to the output stream "type"/use case (valid types "music," "ring," "alarm," "notification," "voice_call"). Android's audio_policy_configuration.xml declares the output device ports and the routes that bind streams to output devices, so the framework resolves the active output route used to select processing.<br><br>For another example, Google's route-conditioned behavior reflects this lookup: the "Spatial Audio" spatialization is applied for the connected Pixel Buds route, and Google's Android built-in spatializer is engaged only when the output routing supports it — Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing." See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects ("Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback"; <deviceEffects><devicePort type=...>>apply effect=.../></devicePort>)<br>https://android.googlesource.com/platform/frameworks/av/+/master/media/libeffects/data/audio_effects.xml (audio_effects.xml <postprocess> maps output effect settings to the output stream "type"/use case: "music," "ring," "alarm," "notification," "voice_call")<br>https://source.android.com/docs/core/audio/implement-policy (audio_policy_configuration.xml declares output devicePorts and routes binding streams to output devices — the framework resolves the active output route)<br>https://developer.android.com/media/grow/spatial-audio (Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing" — route-conditioned selection) |
| [10.5] receive, responsive to querying the database, an audio enhancement, wherein | The circuitry of each Accused Instrumentality is further configured to receive, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal. |

**EXHIBIT 6**

| Claim 10 | Accused Instrumentalities |
|---|---|
| the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal; | For example, responsive to that lookup, the pipeline receives the audio enhancement mapped, in the configuration store, to the communication-path data — and the enhancement returned differs by output route. For connected Pixel Buds the mapped enhancement is Google's "Spatial Audio" spatialization ("spatial audio with head tracking" that creates a "theater-like surround sound experience"), whereas for the built-in stereo speakers the mapped enhancement is Google's stereo-speaker spatial processing (crosstalk cancellation with spectral compensation and left/right-speaker asymmetry correction). This route-keyed selection is implemented by the audio_effects.xml <deviceEffects> mapping that associates the effect with the selected output device. See, e.g.: https://source.android.com/docs/core/audio/audio-effects (the audio_effects.xml <deviceEffects><devicePort type=...><apply effect=.../> block — the specific effect (enhancement) mapped to the selected output device) https://store.google.com/us/magazine/how-to-wear-pixel-buds?hl=en-US (Pixel Buds "theater-like surround sound experience thanks to spatial audio with head tracking" — the enhancement mapped to the Pixel Buds route) https://store.google.com/us/magazine/pixel_buds_compare?hl=en-US (Pixel Buds comparison — "Spatial audio with head tracking" per model/route) https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL") |
| [10.6] apply the audio enhancement to the audio signal to generate an enhanced audio signal; and | The circuitry of each Accused Instrumentality is further configured to apply the audio enhancement to the audio signal to generate an enhanced audio signal. For example, Google's Android then applies the mapped enhancement to the audio signal in real time to generate the enhanced signal. In AudioFlinger, the mixer is the "[m]odule ... responsible for combining multiple tracks and applying attenuation (volume) and effects," and an android.media.audiofx.AudioEffect attached to the audio session is applied such that "the effect is actually applied ... to the audio content being played in the corresponding audio session." For "Spatial Audio" content, Google's Android built-in spatializer processes the mix and "renders a stereo stream to the Audio HAL," delivering "spatial audio with head tracking." For another example, the digital signal processor of each Accused Instrumentality applies Google's spatial-audio enhancement to the signal. For stereo audio played through the Pixel 10 Pro's built-in speakers, it generates a spatially enhanced signal by gain-adjusting the spatial (side) and nonspatial (mid) components of the input; applies crosstalk cancellation — a cross-channel delay of |

# EXHIBIT 6

| Claim 10 | Accused Instrumentalities |
|---|---|
|  | approximately 6 samples at a 44.1 kHz sample rate that filters, inverts, and time-delays a portion of each channel and reproduces it through the opposite speaker to cancel the acoustic crosstalk between the device's built-in left and right speakers at the listening position; and generates a mid compensation channel by applying filters to the mid component (the sum of the left and right channels) that compensate for the spectral defects the crosstalk processing introduces, recombining the compensated mid component with the side component to form the left and right output channels. Because the Pixel 10 Pro's stereo speakers are asymmetric (in landscape orientation the top/earpiece speaker is relatively on-axis to the listener while the bottom speaker is off-axis), the device further adjusts for that asymmetry by applying an N-band equalization for the frequency-response asymmetry, a delay for the time-alignment asymmetry, and a gain for the signal-level asymmetry. For another example, when the Pixel 10 Pro renders audio for connected Pixel Buds (for example, the Pixel Buds Pro 2) via the "Spatial Audio" feature, the device applies a crosstalk simulation to the audio signal — a portion of the left channel is filtered and played with a delay through the right earbud, and a portion of the right channel is filtered and played with a delay through the left earbud — with spectral compensation, together with the head-tracked spatialization that "recreates movie theater surround sound." See, e.g.: https://source.android.com/docs/core/audio/terminology (AudioFlinger mixer "combining multiple tracks and applying attenuation (volume) and effects" — applying the enhancement) https://developer.android.com/reference/android/media/audiofx/AudioEffect (android.media.audiofx.AudioEffect — enabling the effect makes "the effect is actually applied ... to the audio content being played in the corresponding audio session") https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL" — applying the spatial enhancement) https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("spatial audio with head tracking recreates movie theater surround sound" — the enhancement applied) https://store.google.com/product/pixel_10_pro?hl=en-US (Pixel 10 Pro — asymmetric built-in stereo speakers (top/earpiece and bottom)) https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (Pixel 10 Pro teardown — the bottom (right) loudspeaker) |

**EXHIBIT 6**

| Claim 10 | Accused Instrumentalities |
|---|---|
| [10.7] provide the enhanced audio signal to the audio rendering system. | The circuitry of each Accused Instrumentality is further configured to provide the enhanced audio signal to the audio rendering system.<br><br>For example, the device then provides the enhanced signal to the audio rendering system for output. AudioFlinger uses the Core HAL, which is "the main API used by AudioFlinger to play audio and control the audio routing," and Android's Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware" — i.e., the enhanced signal is delivered to the Pixel's built-in speakers or, over Bluetooth, to the connected Pixel Buds for playback.<br>See, e.g.:<br>https://source.android.com/docs/core/audio/implement (Core HAL is "the main API used by AudioFlinger to play audio and control the audio routing"; the Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware")<br>https://source.android.com/docs/core/audio/spatial (the spatializer "renders a stereo stream to the Audio HAL" for output to the rendering device)<br>https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (the enhanced signal is delivered over Bluetooth to the connected Pixel Buds for playback) |

**Claim 19**

| Claim 19 | Accused Instrumentalities |
|---|---|
| [19.0] 19. A non-transitory computer readable medium storing instructions that when executed by one or more processors configure the one or more processors to: | To the extent the preamble is limiting, each Accused Instrumentality comprises or includes a non-transitory computer readable medium storing instructions that, when executed by one or more processors, configure the one or more processors to perform the recited operations.<br><br>This element is not separately disputed; the evidentiary support is addressed in connection with the specific limitations below. |
| [19.1] transmit a request to an operating system of a device for rendering system information of an audio rendering system associated with the device, the operating | The stored instructions configure the one or more processors of each Accused Instrumentality to transmit a request to an operating system of a device for rendering system information of an audio rendering system associated with the device, the operating system operating the device and the audio rendering system. |

**EXHIBIT 6**

| Claim 19 | Accused Instrumentalities |
|---|---|
| system operating the device and the audio rendering system; | For example, Google's Android platform provides APIs by which the audio-enhancement pipeline requests — and the operating system returns — information about the audio rendering system associated with the device. The pipeline calls AudioManager.getDevices(GET_DEVICES_OUTPUTS), which "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system," scoped by the GET_DEVICES_OUTPUTS flag to "sink (i.e. output) audio devices," and it registers an AudioDeviceCallback that receives "notifications of changes to the set of connected audio devices." <br><br>For another example, the operating system — Google's Android, which Google itself develops — operates both the Pixel device and its audio rendering system (the built-in speakers and any connected Pixel Buds) together as an integrated system. <br>See, e.g.: <br>https://developer.android.com/reference/android/media/AudioManager (getDevices(int flags) "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system"; GET_DEVICES_OUTPUTS "include sink (i.e. output) audio devices"; registerAudioDeviceCallback "receive notifications of changes to the set of connected audio devices") <br>https://developer.android.com/reference/android/media/AudioDeviceCallback <br>("AudioDeviceCallback defines the mechanism by which applications can receive notifications of audio device connection and disconnection events" — the OS reports the current output routing) <br>https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (Pixel Buds Pro 2 — the connected rendering system operated together with the Pixel by Google's Android) |
| [19.2] receive, from the operating system of the device, the rendering system information, wherein the rendering system information data representative of a communication path of the audio signal, wherein the data representative of the communication path of the | The stored instructions configure the one or more processors to receive, from the operating system of the device, the rendering system information, wherein the rendering system information comprises data representative of a communication path of the audio signal, and wherein the data representative of the communication path of the audio signal includes metadata indicative of an audio consumption software application associated with the audio signal. <br><br>For example, the rendering system information Google's Android returns for the communication path resolves to the active output device: where audio is routed to the Pixel's built-in speakers the AudioDeviceInfo type is TYPE_BUILTIN_SPEAKER, and where audio is routed to connected Pixel Buds it is a Bluetooth output type (TYPE_BLUETOOTH_A2DP or TYPE_BLE_HEADSET) — i.e., data representative of the communication path of the audio signal. |

**EXHIBIT 6**

| Claim 19 | Accused Instrumentalities |
|---|---|
| audio signal includes metadata indicative of an audio consumption software application associated with the audio signal; | For another example, and as required by this limitation, that rendering system information further includes metadata indicative of the audio-consumption software application associated with the audio signal. In Google's Android, each audio-consuming application declares, via an AudioAttributes object, a "usage" describing why it is playing audio — for example USAGE_MEDIA ("media, such as music, or movie soundtracks"), USAGE_GAME ("game audio"), or USAGE_VOICE_COMMUNICATION ("voice communications, such as telephony or VoIP") — and a "content type" describing what is playing (for example CONTENT_TYPE_MUSIC, CONTENT_TYPE_MOVIE, or CONTENT_TYPE_SPEECH). Google's Android describes these AudioAttributes as "supersed[ing] the notion of stream types ... for defining the behavior of audio playback," states that "[u]sage information ... allows platforms or routing policies to refine volume or routing decisions," and states that "[t]he audio framework uses content type information to selectively configure audio post-processing blocks." This use-case metadata is bound to the active playback and its route: AudioManager.getActivePlaybackConfigurations() returns, for each active player, an AudioPlaybackConfiguration that "collects the information describing an audio playback session" and exposes that player's AudioAttributes via getAudioAttributes(), and Android's audio-policy engine maps that usage to the output device/route. |
| | For another example, Google's own Pixel "Spatial Audio" enhancement is applied according to what the audio-consumption application is playing. Google states that the "Pixel Buds Pro 2 has spatial audio with head tracking," and that "when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound" — i.e., the enhancement is selected for movie/video content. Consistent with this, Google's Android spatializer decides whether to spatialize an application's audio based on that application's declared AudioAttributes: Spatializer.canBeSpatialized(AudioAttributes, AudioFormat) evaluates the content's attributes, and "[a]udio is eligible for spatialization if the usage is set to either USAGE_MEDIA or USAGE_GAME." |
| | See, e.g.: |
| | https://developer.android.com/reference/android/media/AudioDeviceInfo (AudioDeviceInfo.getType() — TYPE_BUILTIN_SPEAKER ("the speaker system ... built in a device"), TYPE_BLUETOOTH_A2DP ("a Bluetooth device supporting the A2DP profile"), TYPE_BLE_HEADSET — data representative of the communication path) |
| | https://developer.android.com/reference/android/media/AudioAttributes (AudioAttributes "supersede the notion of stream types ... for defining the behavior of audio playback"; |

**EXHIBIT 6**

| Claim 19 | Accused Instrumentalities |
|---|---|
| | USAGE_MEDIA/USAGE_GAME/USAGE_VOICE_COMMUNICATION and CONTENT_TYPE_MUSIC/MOVIE/SPEECH — app-declared use-case metadata) https://source.android.com/docs/core/audio/attributes ("Usage specifies the context in which the stream is used, providing information about why the sound is playing"; "The audio framework uses content type information to selectively configure audio post-processing blocks") https://developer.android.com/reference/android/media/AudioPlaybackConfiguration (AudioPlaybackConfiguration "collects the information describing an audio playback session"; getAudioAttributes() returns "the audio attributes of the player") https://developer.android.com/reference/android/media/AudioManager (getActivePlaybackConfigurations() — enumerates every active player's configuration (each carrying its AudioAttributes)) https://developer.android.com/media/grow/spatial-audio ("Audio is eligible for spatialization if the usage is set to either USAGE_MEDIA or USAGE_GAME" — the app's declared usage selects the rendering/processing) https://developer.android.com/reference/android/media/Spatializer (Spatializer.canBeSpatialized(AudioAttributes, AudioFormat) — the system decides spatialization from the application's declared AudioAttributes) https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound" — enhancement selected for movie/video content) https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US ("Pixel Buds Pro 2 has spatial audio with head tracking") |
| [19.3] querying a database using the data representative of the communication path of the audio signal; | The stored instructions configure the one or more processors to query a database using the data representative of the communication path of the audio signal. For example, having obtained the output route/device data, Google's Android selects the audio enhancement by looking it up against that communication-path data in an on-device configuration store. Android's audio_effects.xml configuration file holds associations that attach an effect to a selected output device: "Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback," expressed as a <deviceEffects><devicePort type="..."><apply effect="..."/></devicePort> mapping; its <postprocess> section maps output effects to the output stream "type"/use case (valid types "music," "ring," "alarm," "notification," "voice_call"). Android's |

# EXHIBIT 6

| Claim 19 | Accused Instrumentalities |
|---|---|
|  | audio_policy_configuration.xml declares the output device ports and the routes that bind streams to output devices, so the framework resolves the active output route used to select processing.<br><br>For another example, Google's route-conditioned behavior reflects this lookup: the "Spatial Audio" spatialization is applied for the connected Pixel Buds route, and Google's Android built-in spatializer is engaged only when the output routing supports it — Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing." See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects ("Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback"; <deviceEffects><devicePort type=...><apply effect=.../></devicePort>)<br>https://android.googlesource.com/platform/frameworks/av/+/master/media/libeffects/data/audio_effects.xml (audio_effects.xml <postprocess> maps output effect settings to the output stream "type"/use case: "music," "ring," "alarm," "notification," "voice_call")<br>https://source.android.com/docs/core/audio/implement-policy (audio_policy_configuration.xml declares output devicePorts and routes binding streams to output devices — the framework resolves the active output route)<br>https://developer.android.com/media/grow/spatial-audio (Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing" — route-conditioned selection) |
| [19.4] receiving, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal; | The stored instructions configure the one or more processors to receive, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal.<br><br>For example, responsive to that lookup, the pipeline receives the audio enhancement mapped, in the configuration store, to the communication-path data — and the enhancement returned differs by output route. For connected Pixel Buds the mapped enhancement is Google's "Spatial Audio" spatialization ("spatial audio with head tracking" that creates a "theater-like surround sound experience"), whereas for the built-in stereo speakers the mapped enhancement is Google's stereo-speaker spatial processing (crosstalk cancellation with spectral compensation and left/right-speaker asymmetry correction). This route-keyed selection is implemented by the audio_effects.xml <deviceEffects> mapping that associates the effect with the selected output device. |

# EXHIBIT 6

| Claim 19 | Accused Instrumentalities |
|---|---|
| | See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects (the audio_effects.xml <deviceEffects><devicePort type=...><apply effect=.../> block — the specific effect (enhancement) mapped to the selected output device)<br>https://store.google.com/us/magazine/how-to-wear-pixel-buds?hl=en-US (Pixel Buds "theater-like surround sound experience thanks to spatial audio with head tracking" — the enhancement mapped to the Pixel Buds route)<br>https://store.google.com/us/magazine/pixel_buds_compare?hl=en-US (Pixel Buds comparison — "Spatial audio with head tracking" per model/route)<br>https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL") |
| [19.5] apply the audio enhancement to the audio signal to generate an enhanced audio signal; and | The stored instructions configure the one or more processors to apply the audio enhancement to the audio signal to generate an enhanced audio signal.<br><br>For example, Google's Android then applies the mapped enhancement to the audio signal in real time to generate the enhanced signal. In AudioFlinger, the mixer is the "[m]odule ... responsible for combining multiple tracks and applying attenuation (volume) and effects," and an android.media.audiofx.AudioEffect attached to the audio session is applied such that "the effect is actually applied ... to the audio content being played in the corresponding audio session." For "Spatial Audio" content, Google's Android built-in spatializer processes the mix and "renders a stereo stream to the Audio HAL," delivering "spatial audio with head tracking."<br>For another example, the digital signal processor of each Accused Instrumentality applies Google's spatial-audio enhancement to the signal. For stereo audio played through the Pixel 10 Pro's built-in speakers, it generates a spatially enhanced signal by gain-adjusting the spatial (side) and nonspatial (mid) components of the input; applies crosstalk cancellation — a cross-channel delay of approximately 6 samples at a 44.1 kHz sample rate that filters, inverts, and time-delays a portion of each channel and reproduces it through the opposite speaker to cancel the acoustic crosstalk between the device's built-in left and right speakers at the listening position; and generates a mid compensation channel by applying filters to the mid component (the sum of the left and right channels) that compensate for the spectral defects the crosstalk processing introduces, recombining the compensated mid component with the side component to form the left and right output channels. Because the Pixel 10 Pro's stereo speakers are asymmetric (in landscape orientation the top/earpiece speaker is relatively on-axis to the listener while the bottom speaker is off-axis), the device further |

**EXHIBIT 6**

| Claim 19 | Accused Instrumentalities |
|---|---|
| | adjusts for that asymmetry by applying an N-band equalization for the frequency-response asymmetry, a delay for the time-alignment asymmetry, and a gain for the signal-level asymmetry. For another example, when the Pixel 10 Pro renders audio for connected Pixel Buds (for example, the Pixel Buds Pro 2) via the "Spatial Audio" feature, the device applies a crosstalk simulation to the audio signal — a portion of the left channel is filtered and played with a delay through the right earbud, and a portion of the right channel is filtered and played with a delay through the left earbud — with spectral compensation, together with the head-tracked spatialization that "recreates movie theater surround sound." See, e.g.: https://source.android.com/docs/core/audio/terminology (AudioFlinger mixer "combining multiple tracks and applying attenuation (volume) and effects" — applying the enhancement) https://developer.android.com/reference/android/media/audiofx/AudioEffect (android.media.audiofx.AudioEffect — enabling the effect makes "the effect is actually applied ... to the audio content being played in the corresponding audio session") https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL" — applying the spatial enhancement) https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("spatial audio with head tracking recreates movie theater surround sound" — the enhancement applied) https://store.google.com/product/pixel_10_pro?hl=en-US (Pixel 10 Pro — asymmetric built-in stereo speakers (top/earpiece and bottom)) https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (Pixel 10 Pro teardown — the bottom (right) loudspeaker) |
| [19.6] provide the enhanced audio signal to the audio rendering system. | The stored instructions configure the one or more processors to provide the enhanced audio signal to the audio rendering system. For example, the device then provides the enhanced signal to the audio rendering system for output. AudioFlinger uses the Core HAL, which is "the main API used by AudioFlinger to play audio and control the audio routing," and Android's Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware" — i.e., the enhanced signal is delivered to the Pixel's built-in speakers or, over Bluetooth, to the connected Pixel Buds for playback. See, e.g.: |

# EXHIBIT 6

| Claim 19 | Accused Instrumentalities |
|---|---|
| | https://source.android.com/docs/core/audio/implement (Core HAL is "the main API used by AudioFlinger to play audio and control the audio routing"; the Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware") https://source.android.com/docs/core/audio/spatial (the spatializer "renders a stereo stream to the Audio HAL" for output to the rendering device) https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (the enhanced signal is delivered over Bluetooth to the connected Pixel Buds for playback) |

**Claim 43**

| Claim 43 | Accused Instrumentalities |
|---|---|
| [43.0] 43. A method for enhancing an audio signal, comprising, by a circuitry of a device: | To the extent the preamble is limiting, each Accused Instrumentality performs, and/or Google performs through each Accused Instrumentality, a method for enhancing an audio signal, by a circuitry of a device. For example, each Accused Instrumentality — for example, the Google Pixel 10 Pro — by its circuitry (including its Google Tensor system-on-chip and digital signal processor running Google's Android operating system), enhances a stereo audio signal before it is rendered, applying Google's spatial-audio processing on the built-in stereo speakers and, via the "Spatial Audio" feature, on connected Pixel Buds. Google states that the "Pixel Buds Pro 2 has spatial audio with head tracking," which "recreates movie theater surround sound." See, e.g.: https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("Pixel Buds Pro 2 has spatial audio with head tracking"; "when you're watching an action flick, spatial audio with head tracking recreates movie theater surround sound") https://source.android.com/docs/core/audio/terminology (AudioFlinger mixer is the "[m]odule ... responsible for combining multiple tracks and applying attenuation (volume) and effects" — the device circuitry that enhances the audio signal) https://store.google.com/product/pixel_10_pro?hl=en-US (Google Pixel 10 Pro product page) |
| [43.1] transmitting a request to an operating system of the device for rendering system information of an audio | Each Accused Instrumentality performs a step of transmitting a request to an operating system of the device for rendering system information of an audio rendering system associated with the device, the operating system operating the device and the audio rendering system. |

# EXHIBIT 6

| Claim 43 | Accused Instrumentalities |
|---|---|
| rendering system associated with the device, the operating system operating the device and the audio rendering system; | For example, Google's Android platform provides APIs by which the audio-enhancement pipeline requests — and the operating system returns — information about the audio rendering system associated with the device. The pipeline calls AudioManager.getDevices(GET_DEVICES_OUTPUTS), which "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system," scoped by the GET_DEVICES_OUTPUTS flag to "sink (i.e. output) audio devices," and it registers an AudioDeviceCallback that receives "notifications of changes to the set of connected audio devices." <br><br> For another example, the operating system — Google's Android, which Google itself develops — operates both the Pixel device and its audio rendering system (the built-in speakers and any connected Pixel Buds) together as an integrated system. <br><br> See, e.g.: <br> https://developer.android.com/reference/android/media/AudioManager (getDevices(int flags) "Returns an array of AudioDeviceInfo objects corresponding to the audio devices currently connected to the system"; GET_DEVICES_OUTPUTS "include sink (i.e. output) audio devices"; registerAudioDeviceCallback "receive notifications of changes to the set of connected audio devices") <br> https://developer.android.com/reference/android/media/AudioDeviceCallback <br> ("AudioDeviceCallback defines the mechanism by which applications can receive notifications of audio device connection and disconnection events" — the OS reports the current output routing) <br> https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (Pixel Buds Pro 2 — the connected rendering system operated together with the Pixel by Google's Android) |
| [43.2] receiving, from the operating system of the device, the rendering system information, wherein the rendering system information comprises data representative of a communication path of the audio signal, wherein the communication path of the audio signal is a headphone | Each Accused Instrumentality performs a step of receiving, from the operating system of the device, the rendering system information, wherein the rendering system information comprises data representative of a communication path of the audio signal, and wherein the communication path of the audio signal is a headphone jack, built-in speakers of the device, a Bluetooth connection, a Wi-Fi connection, a universal serial bus (USB) connection, or a high-definition multi-media interface (HDMI). <br><br> For example, Google's Android reports, for the current output route, a device type that is one of the communication paths enumerated in this limitation. AudioDeviceInfo.getType() returns "The device type identifier of the audio device," using constants that map directly onto the recited paths: TYPE_BUILTIN_SPEAKER ("the speaker system (i.e. a mono speaker or stereo speakers) built in a |

Page 25 of 30

**EXHIBIT 6**

| Claim 43 | Accused Instrumentalities |
|---|---|
| jack, built-in speakers of the device, a Bluetooth connection, a Wi-Fi connection, a universal serial bus (USB) connection, or a high-definition multi-media interface (HDMI); | device") for the built-in speakers; TYPE_BLUETOOTH_A2DP ("a Bluetooth device supporting the A2DP profile") and TYPE_BLE_HEADSET for a Bluetooth connection (e.g., connected Pixel Buds); TYPE_WIRED_HEADPHONES/TYPE_WIRED_HEADSET for a headphone-jack connection; TYPE_USB_HEADSET for a USB connection; and TYPE_HDMI for an HDMI connection. For each Accused Instrumentality, the communication path is at least the Pixel's built-in speakers (TYPE_BUILTIN_SPEAKER) and/or a Bluetooth connection to Pixel Buds (TYPE_BLUETOOTH_A2DP or TYPE_BLE_HEADSET). See, e.g.: https://developer.android.com/reference/android/media/AudioDeviceInfo (AudioDeviceInfo.getType() "The device type identifier of the audio device"; TYPE_BUILTIN_SPEAKER, TYPE_BLUETOOTH_A2DP/TYPE_BLE_HEADSET, TYPE_WIRED_HEADPHONES/TYPE_WIRED_HEADSET, TYPE_USB_HEADSET, TYPE_HDMI — the enumerated communication paths) https://store.google.com/product/pixel_10_pro?hl=en-US (Pixel 10 Pro — built-in speakers (built-in-speaker path); Pixel Buds connection (Bluetooth path)) |
| [43.3] querying a database using the data representative of the communication path of the audio signal; | Each Accused Instrumentality performs a step of querying a database using the data representative of the communication path of the audio signal. For example, having obtained the output route/device data, Google's Android selects the audio enhancement by looking it up against that communication-path data in an on-device configuration store. Android's audio_effects.xml configuration file holds associations that attach an effect to a selected output device: "Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback," expressed as a <deviceEffects><devicePort type="..."><apply effect="..."/></devicePort> mapping; its <postprocess> section maps output effects to the output stream "type"/use case (valid types "music," "ring," "alarm," "notification," "voice_call"). Android's audio_policy_configuration.xml declares the output device ports and the routes that bind streams to output devices, so the framework resolves the active output route used to select processing. For another example, Google's route-conditioned behavior reflects this lookup: the "Spatial Audio" spatialization is applied for the connected Pixel Buds route, and Google's Android built-in spatializer is engaged only when the output routing supports it — Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing." |

# EXHIBIT 6

| Claim 43 | Accused Instrumentalities |
|---|---|
| | See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects ("Starting in Android 11, the device manufacturers have the ability to automatically attach and enable specific audio effects when a given audio device is selected for audio capture or playback"; \<deviceEffects>\<devicePort type=...>\<apply effect=.../>\</devicePort>)<br>https://android.googlesource.com/platform/frameworks/av/+/master/media/libeffects/data/audio_effects.xml (audio_effects.xml \<postprocess> maps output effect settings to the output stream "type"/use case: "music," "ring," "alarm," "notification," "voice_call")<br>https://source.android.com/docs/core/audio/implement-policy (audio_policy_configuration.xml declares output devicePorts and routes binding streams to output devices — the framework resolves the active output route)<br>https://developer.android.com/media/grow/spatial-audio (Spatializer.canBeSpatialized() "indicates whether audio with the given properties can be spatialized with the current output device routing" — route-conditioned selection) |
| [43.4] receiving, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal; | Each Accused Instrumentality performs a step of receiving, responsive to querying the database, an audio enhancement, wherein the audio enhancement is mapped, in the database, to the data representative of the communication path of the audio signal.<br><br>For example, responsive to that lookup, the pipeline receives the audio enhancement mapped, in the configuration store, to the communication-path data — and the enhancement returned differs by output route. For connected Pixel Buds the mapped enhancement is Google's "Spatial Audio" spatialization ("spatial audio with head tracking" that creates a "theater-like surround sound experience"), whereas for the built-in stereo speakers the mapped enhancement is Google's stereo-speaker spatial processing (crosstalk cancellation with spectral compensation and left/right-speaker asymmetry correction). This route-keyed selection is implemented by the audio_effects.xml \<deviceEffects> mapping that associates the effect with the selected output device.<br>See, e.g.:<br>https://source.android.com/docs/core/audio/audio-effects (the audio_effects.xml \<deviceEffects>\<devicePort type=...>\<apply effect=.../> block — the specific effect (enhancement) mapped to the selected output device)<br>https://store.google.com/us/magazine/how-to-wear-pixel-buds?hl=en-US (Pixel Buds "theater-like surround sound experience thanks to spatial audio with head tracking" — the enhancement mapped to the Pixel Buds route) |

# EXHIBIT 6

| Claim 43 | Accused Instrumentalities |
|---|---|
| | https://store.google.com/us/magazine/pixel_buds_compare?hl=en-US (Pixel Buds comparison — "Spatial audio with head tracking" per model/route) https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL") |
| [43.5] applying the audio enhancement to the audio signal to generate an enhanced audio signal; and | Each Accused Instrumentality performs a step of applying the audio enhancement to the audio signal to generate an enhanced audio signal. For example, Google's Android then applies the mapped enhancement to the audio signal in real time to generate the enhanced signal. In AudioFlinger, the mixer is the "[m]odule ... responsible for combining multiple tracks and applying attenuation (volume) and effects," and an android.media.audiofx.AudioEffect attached to the audio session is applied such that "the effect is actually applied ... to the audio content being played in the corresponding audio session." For "Spatial Audio" content, Google's Android built-in spatializer processes the mix and "renders a stereo stream to the Audio HAL," delivering "spatial audio with head tracking." For another example, the digital signal processor of each Accused Instrumentality applies Google's spatial-audio enhancement to the signal. For stereo audio played through the Pixel 10 Pro's built-in speakers, it generates a spatially enhanced signal by gain-adjusting the spatial (side) and nonspatial (mid) components of the input; applies crosstalk cancellation — a cross-channel delay of approximately 6 samples at a 44.1 kHz sample rate that filters, inverts, and time-delays a portion of each channel and reproduces it through the opposite speaker to cancel the acoustic crosstalk between the device's built-in left and right speakers at the listening position; and generates a mid compensation channel by applying filters to the mid component (the sum of the left and right channels) that compensate for the spectral defects the crosstalk processing introduces, recombining the compensated mid component with the side component to form the left and right output channels. Because the Pixel 10 Pro's stereo speakers are asymmetric (in landscape orientation the top/earpiece speaker is relatively on-axis to the listener while the bottom speaker is off-axis), the device further adjusts for that asymmetry by applying an N-band equalization for the frequency-response asymmetry, a delay for the time-alignment asymmetry, and a gain for the signal-level asymmetry. For another example, when the Pixel 10 Pro renders audio for connected Pixel Buds (for example, the Pixel Buds Pro 2) via the "Spatial Audio" feature, the device applies a crosstalk simulation to the audio signal — a portion of the left channel is filtered and played with a delay through the right earbud, and a portion of the right channel is filtered and played with a delay through the left earbud |

**EXHIBIT 6**

| Claim 43 | Accused Instrumentalities |
|---|---|
| | — with spectral compensation, together with the head-tracked spatialization that "recreates movie theater surround sound." <br> See, e.g.: <br> https://source.android.com/docs/core/audio/terminology (AudioFlinger mixer "combining multiple tracks and applying attenuation (volume) and effects" — applying the enhancement) <br> https://developer.android.com/reference/android/media/audiofx/AudioEffect (android.media.audiofx.AudioEffect — enabling the effect makes "the effect is actually applied ... to the audio content being played in the corresponding audio session") <br> https://source.android.com/docs/core/audio/spatial (the built-in spatializer "takes in mixed audio content and renders a stereo stream to the Audio HAL" — applying the spatial enhancement) <br> https://store.google.com/us/magazine/new-pixel-feature-drops?hl=en-US ("spatial audio with head tracking recreates movie theater surround sound" — the enhancement applied) <br> https://store.google.com/product/pixel_10_pro?hl=en-US (Pixel 10 Pro — asymmetric built-in stereo speakers (top/earpiece and bottom)) <br> https://www.ifixit.com/Guide/Google+Pixel+10+Pro+Bottom+Speaker+Replacement/199643 (Pixel 10 Pro teardown — the bottom (right) loudspeaker) |
| [43.6] providing the enhanced audio signal to the audio rendering system. | Each Accused Instrumentality performs a step of providing the enhanced audio signal to the audio rendering system. <br><br> For example, the device then provides the enhanced signal to the audio rendering system for output. AudioFlinger uses the Core HAL, which is "the main API used by AudioFlinger to play audio and control the audio routing," and Android's Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware" — i.e., the enhanced signal is delivered to the Pixel's built-in speakers or, over Bluetooth, to the connected Pixel Buds for playback. <br> See, e.g.: <br> https://source.android.com/docs/core/audio/implement (Core HAL is "the main API used by AudioFlinger to play audio and control the audio routing"; the Audio HAL "connects the higher-level ... framework APIs in android.media to the underlying audio drivers and hardware") <br> https://source.android.com/docs/core/audio/spatial (the spatializer "renders a stereo stream to the Audio HAL" for output to the rendering device) <br> https://store.google.com/us/product/pixel_buds_pro_2?hl=en-US (the enhanced signal is delivered over Bluetooth to the connected Pixel Buds for playback) |

# EXHIBIT 6